

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-20-00577-CV

Clarissa Nicole **LOPEZ**,
Appellant

v.

Alberto Luis **CAVAZOS**,
Appellee

From the County Court, Jim Wells County, Texas
Trial Court No. 20-02-60230-CV
Honorable Michael Ventura Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we REVERSE the May 26, 2020 judgment without regard to the merits of the case and REMAND the case to the trial court for further proceedings. Costs are taxed against appellant, Clarissa Nicole Lopez.

SIGNED February 3, 2021.

_____
Rebeca C. Martinez, Chief Justice